NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY EUGENE BENCZI, JR.,        )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No. 2D18-3715
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____     )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, BADALAMENTI, and SMITH, JJ., Concur.